**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2054**

_____

In re:  BLAKE SANDLAIN,

                Petitioner.

_____

On Petition for Writ of Mandamus.  (1:22-cv-00222)

_____

Submitted:  November 23, 2022                Decided:  November 30, 2022

_____

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Blake Sandlain, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Blake Sandlain petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 petition.  He seeks an order from this court directing the district court to act.  The present record does not reveal undue delay in the district court.  Accordingly, we deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*